No. 94–8884. CRITTENDEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8915. BORKINS v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–8923. ZAK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8936. MCDANIEL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–8960. CHIGBO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8963. BOLDEN v. PRC, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8967. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8989. LYLE v. DEDEAUX ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9010. HERNANDEZ-AVALOS ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–9038. MACDONALD v. UNITED STATES;
No. 94–9372. BENALLY v. UNITED STATES;
No. 94–9380. LEE v. UNITED STATES;
No. 94–9428. MCKENSLEY v. UNITED STATES; and
No. 94–9485. KINLICHEENIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9055. SELLERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–9066. GOAD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9073. COLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.